IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 2 3 2006
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | 2:98-CR-0004 (02) |
| § | |
| LONNIE OLIVER, JR. § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION and
### DISMISSING MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE

Defendant has filed a motion to vacate, set aside or correct sentence by a person in federal custody. On May 4, 2006, the United States Magistrate Judge entered a Report and Recommendation recommending therein that defendant's motion be dismissed for want of prosecution. No objections to the Report and Recommendation have been filed of record as of this date.

The undersigned United States District Judge has made an independent examination of the record in this case. The Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the motion to vacate, set aside or correct sentence filed by defendant is, in all things, DISMISSED.

IT IS SO ORDERED.

ENTERED this _____ day of _May_ 2006.


_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE