IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 2:98-CR-0004 (02) |
| | § | |
| LONNIE OLIVER, JR. | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION, AND DENYING MOTIONS FOR RELIEF FROM JUDGMENT

Came for consideration the motions for relief from judgment filed by defendant on July 17, 2009, and on February 16, 2010, respectively. On June 30, 2010, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the instant motions be denied. No objections to the Report and Recommendation have been filed.

Having made an independent examination of the record in this case and having examined the Report and Recommendation of the Magistrate Judge, the undersigned United States District Judge hereby ADOPTS the Report and Recommendation. Accordingly, defendant's motion for relief from final judgment, filed July 17, 2009, and the motion to reopen, filed February 16, 2010, are DENIED.

IT IS SO ORDERED.

ENTERED this _19th_ day of _July_ 2010.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE